UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLENSIRRES SPENCER | * | CIVIL ACTION NO: 2:13-cv-04706 |
| VERSUS | * | |
| HERCULES OFFSHORE, INC., | * | SEC. (R) |
| HERCULES DRILLING COMPANY and ABC COMPANY | * | MAG. (3) |

\* \* \* \* \* \* \* \* \* \* \* \*

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Glensirres Spencer, who wishes to supplement and amend his Original Complaint as follows:

I.

By amending Paragraph 4. to read as follows:

4.

Plaintiff brings this action under the Jones Act and general maritime law of the United States. This Court has diversity jurisdiction over the parties and claims pursuant to 28 U.S.C. § 1332(a). No defendant is a citizen of the same state as Plaintiff and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

II.

By adding an additional paragraph to read as follows:

10.

Plaintiff is entitled to and requests a trial by jury on all issues.

**WHEREFORE**, your petitioner prays that defendants, Hercules Offshore, Inc., Hercules Drilling Company, LLC, and ABC Company be duly cited and served with a copy of the First Supplemental and Amended Complaint and that after due proceedings had, there be a judgment in favor of petitioner, Glensirres Spencer, in a true and full sum which is reasonable under the circumstances, together with legal interest from the date of judicial demand, and for all costs of these proceedings.

            Respectfully Submitted:

            */s/Laurence E. Best*
            LAURENCE E. BEST - #3012
            2030 St. Charles Avenue, Suite A
            New Orleans, Louisiana 70130
            Telephone: 504-523-2378
            Facsimile:  504-524-1024
            *Attorneys for Plaintiff, Glensirres Spencer*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been filed electronically with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 10th day of June, 2013.

            */s/Laurence E. Best*