Date: 03/06/2014
Time: 13:53:36
By: Cyndi Featherston

F.A. Richard & Associates, Inc.
INDIVIDUAL CLAIM REPORT

Policyholder: Hercules Offshore
9 Greenway Plaza, Suite 2200,
Houston TX 77046

Policy Number: MEL 2012
Policy Period: 05/01/2012 to 05/01/2013

Client Claim No:

Legacy Number:
Claim Number: 3450151
Claimant: Spencer, Glensirres
Description: While back loading pre-slung 7" liner in bundles of 6 to workboat, the bundle was landed on the boat and crane disconnected from load. While standing on the adjacent bundle, IP attempted to remove tagline from slings and boat shifted causing him to slip between two bundles. At the same time, the bundle shifted and pinned both of his lower legs under the pipe. Severe pain in both lower legs and pain in lower back.
Adjuster: Cyndi Featherston
Adjuster Phone:

Location Code: 00001-00001-00002-00363-1000
Claim Status: Open 06/11/12
Accident Date: 06/09/2012
Office: TX \ Houston \ HO
Address: 9 Greenway Plaza, Suite 2200, Houston TX 77046

| Iss Date | Paid | Draft # | Payee | Type | Payment Type | Description | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| 02/06/13 | Yes | 0000023123 | S NEUROLOGIC AND SPINE INST | Medical | Radiology / X-rays | 06/25/2012 - 10/01/2012 | | 3,590.00 | — Back |
| TOTAL PAID FOR CODE : 030108 | | | | | RADIOLOGY / X-RAYS: | | | 3,590.00 | |
| 07/17/12 | Yes | 0000020281 | WEST JEFFERSON MEDICAL CENTER | Medical | Hospitals - In patient | 06/09/2012 - 06/12/2012 | | 6,177.00 | — Leg |
| TOTAL PAID FOR CODE : 030202 | | | | | HOSPITALS - IN PATIENT: | | | 6,177.00 | |
| 07/30/12 | Yes | 0000020521 | CRESCENT CITY ANES SERV | Medical | Nursing Care | 06/10/2012 - 06/10/2012 | | 240.00 | — Leg |
| TOTAL PAID FOR CODE : 030207 | | | | | NURSING CARE: | | | 240.00 | |
| 02/13/14 | Yes | 0000027353 | RON BURNS | Medical | Physical Therapy - Rehabilitation | 08/23/2012 - 12/19/2013 | | 1,439.12 | — Back / Back |
| 02/13/14 | Yes | 0000027359 | ROBERT Q. SIRMON, PT | Medical | Physical Therapy - Rehabilitation | 08/15/2012 - 01/07/2014 | | 4,931.71 | |
| TOTAL PAID FOR CODE : 030210 | | | | | PHYSICAL THERAPY - REHABILITATION: | | | 6,370.83 | |
| 06/19/12 | Yes | 0000019919 | Laurel Bone & Joint Clinic, PA | Medical | Physician - Treating | 06/21/2012 - 06/21/2012 | | 1,200.00 | — Leg |
| 07/10/12 | Yes | 0000020164 | Jefferson Radiology Assoc. | Medical | Physician - Treating | 06/10/2012 - 06/10/2012 | | 24.00 | — Back |

EXHIBIT B

1

| Date | | Code | Provider | Type | Service Dates | Amount | Note |
|---|---|---|---|---|---|---|---|
| 07/12/12 | Yes | 0000020206 | Bone & Joint Clinic | Medical Physician - Treating | 06/09/2012 - 06/10/2012 | 1,078.00 | Leg |
| 07/20/12 | Yes | 0000020333 | JEFFERSON RADIOLOGY ASSOCIATES | Medical Physician - Treating | 06/10/2012 - 06/10/2012 | 78.00 | Leg |
| 07/24/12 | Yes | 0000020418 | CRESCENT CITY ANESTHESIA SERVICES | Medical Physician - Treating | 06/10/2012 - 06/10/2012 | 335.00 | Leg |
| 07/31/12 | Yes | 0000020570 | PATHOLOGY ASSOC OF LA | Medical Physician - Treating | 06/09/2012 - 06/10/2012 | 28.00 | Leg |
| 07/31/12 | Yes | 0000020571 | PATHOLOGY ASSOC OF LA | Medical Physician - Treating | 06/10/2012 - 06/10/2012 | 22.00 | Leg |
| 07/30/12 | Yes | 0000020544 | PATHOLOGY ASSOC OF LA | Medical Physician - Treating | 06/11/2012 - 06/11/2012 | 18.00 | Leg |
| 02/25/13 | Yes | 0000023301 | JACKSON NEUROSURGERY | Medical Physician - Treating | 10/23/2012 - 10/23/2012 | 120.19 | Back |
| 02/28/13 | Yes | 0000023403 | Glensirres Spencer | Medical Physician - Treating | 06/18/2012 - 12/04/2012 | 2,563.00 | Leg |
| 10/02/13 | Yes | 0000025963 | JACKSON NEUROSURGERY CLIN | Medical Physician - Treating | 09/10/2013 - 09/12/2013 | 498.13 | Back |

JEFFERSON RADIOLOGY ASSOCIATES

TOTAL PAID FOR CODE : 030224         5,964.32

PHYSICIAN - TREATING:

| Date | | Code | Provider | Type | Service Dates | Amount | Note |
|---|---|---|---|---|---|---|---|
| 02/06/13 | Yes | 0000023122 | PLASTIC SURGERY CENTER | Medical Miscellaneous Medical | 06/15/2012 - 06/21/2012 | 120.00 | Leg |
| 02/25/13 | Yes | 0000023329 | JACKSON NEUROSURGERY | Medical Miscellaneous Medical | 11/05/2012 - 11/05/2012 | 1,145.51 | Back |
| 03/07/13 | Yes | 0000023500 | HATTIESBURG CLINIC | Medical Miscellaneous Medical | 06/19/2012 - 06/19/2012 | 233.82 | Leg |
| 03/07/13 | Yes | 0000023501 | HATTIESBURG CLINIC | Medical Miscellaneous Medical | 07/10/2012 - 07/10/2012 | 573.48 | Leg |
| 08/28/13 | Yes | 0000025549 | MCKOWN FAMILY CLINIC LAB | Medical Miscellaneous Medical | 07/18/2013 - 07/18/2013 | 558.92 | Back |
| 09/12/13 | Yes | 0000025683 | Advanced Rx Management | Medical Miscellaneous Medical | 08/15/2013 - 08/15/2013 | 1,266.56 | Back |
| 09/12/13 | Yes | 0000025684 | MCKOWN FAMILY CLINIC LAB | Medical Miscellaneous Medical | 08/15/2013 - 08/15/2013 | 571.90 | Back |
| 09/12/13 | Yes | 0000025686 | JACKSON NEUROSURGERY | Medical Miscellaneous Medical | 07/18/2013 - 08/15/2013 | 1,231.76 | Back |
| 10/08/13 | Yes | 0000026024 | Advanced Rx Management | Medical Miscellaneous Medical | 09/10/2013 - 09/10/2013 | 1,980.44 | Back |
| 10/17/13 | Yes | 0000026145 | MCKOWN FAMILY CLINIC LAB | Medical Miscellaneous Medical | 09/10/2013 - 09/10/2013 | 571.90 | Back |
| 11/15/13 | Yes | 0000026474 | WEST JEFFERSON PHYSICIAN SERVI | Medical Miscellaneous Medical | 06/09/2012 - 06/09/2012 | 296.00 | Leg |
| 12/16/13 | Yes | 0000026735 | Advanced Rx Management | Medical Miscellaneous Medical | 07/18/2013 - 07/18/2013 | 1,063.88 | Back |
| 12/16/13 | Yes | 0000026737 | Advanced Rx Management | Medical Miscellaneous Medical | 12/03/2013 - 12/03/2013 | 1,915.24 | Back |
| 01/06/14 | Yes | 0000026951 | ELLIOTT B NIPPER, MD | Medical Miscellaneous Medical | 06/18/2012 - 08/28/2013 | 1,006.37 | Back, Leg |
| 01/07/14 | Yes | 0000026980 | FORREST GENERAL PHARMACY | Medical Miscellaneous Medical | 11/05/2013 - 11/06/2013 | 2,621.89 | Leg |
| 01/08/14 | Yes | 0000026992 | Advanced Rx Management | Medical Miscellaneous Medical | 01/02/2014 - 01/02/2014 | 1,730.40 | Back |
| 01/08/14 | Yes | 0000026993 | JACKSON NEUROSURGERY CLIN | Medical Miscellaneous Medical | 12/03/2013 - 12/05/2013 | 498.13 | Back |
| 01/20/14 | Yes | 0000027116 | JACKSON NEUROSURGERY CLIN | Medical Miscellaneous Medical | 01/02/2014 - 01/02/2014 | 472.70 | Back |
| 02/04/14 | Yes | 0000027250 | HATTIESBURG CLINIC | Medical Miscellaneous Medical | 11/06/2013 - 11/06/2013 | 360.00 | Leg |

TOTAL PAID FOR CODE : 030306         MISCELLANEOUS MEDICAL:         18,218.90